Utica Gas and Electric Company, Appellant, *v.* C. Lester Merry et al., as Trustees of the Village of Frankfort, et al., Respondents.

(Submitted November 27, 1933; decided November 28, 1933.)

*Charles Dickerman Williams* for motion.

*J. Theodore Cross* opposed.

Motion denied, without costs.